# Exhibit A, part 1



CO-016-0426 | © Ann Thomas/CORBIS | RM

| IMAGE URL | http://www.abcv.com/ABCVuser/UserFiles/Image/imgsub_02.jpg |
|---|---|
| PAGE URL | http://www.abcv.com/ABCVuser/main.jsp?type=1&id=183 |

### PUBLIC SECTOR

**Professional Services**

ABC Virtual is trying to extend its reach in working with organizations and governmental entities in the public sector. ABC Virtual has worked on several projects with the State of Iowa, a project for the Iowa County Recorders Association and ABC Virtual is actively seeking projects work with the federal government.

ABC Virtual created a system for the State of Iowa to web-enable access to non-profit agency services. In addition, ABC Virtual has mentored state employees in Java usage and methodology.

ABC Virtual has created a web portal for accumulating and displaying all land record documents for each county in Iowa. This project was done in conjunction with the Iowa County Recorders Association. The portal allows any individual access to the indexing information for documents and allows the user to see the image of any requested document.

ABC Virtual has successfully completed application for 8(a), 8(a)STARS and GSA Schedule 70. This allows ABC Virtual the ability to compete for federal contracts and work with federal contractors.

To access ABC Virtual's federal rates, please click here.

Core Competencies
- Mortgage Banking
- Financial Services
- Public Sector
- Enterprise Integration
- Open Source Technologies
- J2EE
- Web User Interface

Methodology
- ABCV Proven Process

e-Business Infrastructure
- Business Services Portal
- Internet App Framework

Global Business Management

Home | Our Company | Professional Services | ECLoanPro | Alliances | Press Room

© Copyright ABC Virtual 2007. All rights reserved.



CO-017-0162 | © Ann Thomas/CORBIS | RM

| | |
|---|---|
| **IMAGE URL** | http://www.abcv.com/ABCVuser/UserFiles/Image/imgsub_01.jpg |
| **PAGE URL** | http://www.abcv.com/ABCVuser/main.jsp?type=1&id=10 |

