# Exhibit A, part 2

Case 1:07-cv-08548-GEL    Document 1-3    Filed 10/02/2007    Page 1 of 3



CO-017-0241  |  © George B. Diebold/CORBIS  |  RM

| | |
|---|---|
| **IMAGE URL** | http://www.abcv.com/ABCVuser/UserFiles/Image/consulting_img13.jpg |
| **PAGE URL** | http://www.abcv.com/ABCVuser/main.jsp?type=1&id=6 |





CO-017-0241 | © George B. Diebold/CORBIS | RM

| | |
|---|---|
| **IMAGE URL** | http://www.abcv.com/ABCVuser/UserFiles/Image/imgsub_47.jpg |
| **PAGE URL** | http://www.abcv.com/ABCVuser/main.jsp?id=8 |

