# Exhibit A, part 3



CO-017-0289 | © Ann Thomas/CORBIS | RM

| IMAGE URL | http://www.abcv.com/ABCVuser/UserFiles/Image/imgsub_48.jpg |
|---|---|
| PAGE URL | http://www.abcv.com/ABCVuser/main.jsp?type=1&id=73 |



CSM003914 | © Paul Hardy/CORBIS | RM

| | |
|---|---|
| **IMAGE URL** | http://www.abcv.com/ABCVuser/UserFiles/Image/imgsub_42.jpg |
| **PAGE URL** | http://www.abcv.com/ABCVuser/main.jsp?type=1&id=182 |

## Professional Services

### FINANCIAL SERVICES

ABC Virtual has worked extensively in the financial services industry including projects in consumer finance and insurance.

Projects in the consumer finance include a system to create a point of sale loan origination application. This system allowed for a customer to make an application for credit at a retail outlet, receive credit approval and then add the loan to the legacy loan processing system. A second project was developed to receive leads for loans that have been turned down by another lending institution, add these leads to a central dialing system and display the information as the leads are dialed. Once a loan has been accepted, the loan information was sent to the legacy loan processing system.

For the insurance industry, ABC Virtual has created a claim system which replaced the claim origination and processing system that was being used. This claim system allowed for the claims adjuster to work off-line and then any modifications were integrated back to the central server. Other functions included in this system were automated claim assignment, activity logging and notification of required actions.

Core Competencies
- Mortgage Banking
- Financial Services
- Public Sector
- Enterprise Integration
- Open Source Technologies
- J2EE
- Web User Interface

Methodology
- ABCV Proven Process

e-Business Infrastructure
- Business Services Portal
- Internet App Framework

Global Business Management

Home | Our Company | Professional Services | ECLoanPro | Alliances | Press Room

© Copyright ABC Virtual 2007. All rights reserved.