# Exhibit A, part 4

Case 1:07-cv-08548-GEL    Document 1-5    Filed 10/02/2007    Page 1 of 3



I-098-0171 | © Ann Thomas/CORBIS | RM

| IMAGE URL | http://www.abcv.com/ABCVuser/UserFiles/Image/consulting_img03.jpg |
| --- | --- |
| PAGE URL | http://www.abcv.com/ABCVuser/main.jsp?type=1&id=19 |





**NT5273455  |  © George B. Diebold/CORBIS  |  RM**

| | |
|---|---|
| **IMAGE URL** | http://www.abcv.com/ABCVuser/UserFiles/Image/consulting_img07.jpg |
| **PAGE URL** | http://www.abcv.com/ABCVuser/main.jsp?type=1&id=6 |

