# Exhibit A, part 5



**NT5273455  |  © George B. Diebold/CORBIS  |  RM**

| **IMAGE URL** | http://www.abcv.com/ABCVuser/UserFiles/Image/imgsub_03.jpg |
|---|---|
| **PAGE URL** | http://www.abcv.com/ABCVuser/main.jsp?id=64 |

### Professional Services
# INTERNET APPLICATION FRAMEWORK

The backbone of business in the new Internet economy is a secure robust infrastructure that empowers e-Business applications.

IAF-based applications address the management challenges of a mobile work force, including total connectivity, data replication and automated deployment control.

ABC Virtual's patent-pending IAF provides an efficient and reliable Java infrastructure on which applications can be built to seamlessly distribute, update and manage data over the Internet.

By utilizing our IAF framework, a custom solution can be developed that integrates your e-Business initiatives with the services of your business partners giving you a significant competitive advantage in deploying mission-critical applications to the Web.

Navigation: Home · Our Company · Professional Services · ECLoanPro · Alliances · Press Room · Quick Links

Core Competencies:
- Mortgage Banking
- Financial Services
- Public Sector
- Enterprise Integration
- Open Source Technologies
- J2EE
- Web User Interface

Methodology:
- ABCV Proven Process

e-Business Infrastructure:
- Business Services Portal
- Internet App Framework

Global Business Management

© Copyright ABC Virtual 2007. All rights reserved.



NT5334067 | © George B. Diebold/CORBIS | RM

| **IMAGE URL** | http://www.abcv.com/ABCVuser/UserFiles/Image/company_img06.jpg |
|---|---|
| **PAGE URL** | http://www.abcv.com/ABCVuser/main.jsp?type=1&id=19 |

