# Exhibit A, part 6



O-029-0571 | © John Gillmoure/CORBIS | RM

| | |
|---|---|
| **IMAGE URL** | http://www.abcv.com/ABCVuser/UserFiles/Image/imgsub_37.jpg |
| **PAGE URL** | http://www.abcv.com/ABCVuser/main.jsp?type=1&id=69 |