# Exhibit B

**Exhibit B**

| Registration Number | Copyright Date |
|---|---|
| VA 1-145-485 | 8/15/2002 |
| VA 1-145-485 | 8/15/2002 |
| VA 1-145-485 | 8/15/2002 |
| VA 1-154-033 | 8/15/2002 |
| VA 1-152-437 | 8/15/2002 |
| VA 1-145-485 | 8/15/2002 |
| VA 1-145-485 | 8/15/2002 |
| VA 1-145-485 | 8/15/2002 |
| VA 1-145-485 | 8/15/2002 |