JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
CORBIS CORPORATION,                :
a Nevada corporation,              :     **07 CIV 8548**
                                   :
           Plaintiff,              :
                                   :
   v.                              :     No. 07 Civ.
                                   :
ABC VIRTUAL COMMUNICATIONS,        :     **RULE 7.1 DISCLOSURE**
an Iowa corporation,               :     **STATEMENT**
                                   :
           Defendant.              :     **ECF CASE**
-----------------------------------------------------x

      Plaintiff Corbis Corporation ("Corbis") makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Corbis Holdings, Inc. is the parent corporation of Corbis. No publicly held corporation owns 10% or more of Corbis stock.

Dated: New York, New York
      October 2, 2007                     ARENT FOX LLP

                                         By: _____
                                             Nicholas P. Pavlidis (NP – 4904)

                                         1675 Broadway
                                         New York, NY 10019
                                         Tel: 212-484-3900
                                         Fax: 212-484-3990

- and -

ARENT FOX LLP
Anthony V. Lupo
1050 Connecticut Ave.
Washington D.C. 20036-5339
Tel: 202-857-6000
Fax: 202-857-6395

*Attorneys for Plaintiff Corbis Corporation*