# RETURN OF SERVICE

Court: **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
Case No.: 07 CV 8548

Plaintiff/Petitioner: **Corbis Corporation**
vs.
Defendant/Respondent: **ABC Virtual Communications**

Received by Elite Process Serving & Investigations, Inc. to be served upon:

ABC Virtual Communications

STATE OF _Iowa_
COUNTY OF _Dallas_

I, _Eric McCormick_, depose and state that I am ~~investigator~~, process server and agent of Elite Process Serving & Investigations, Inc. located in Lisle, Illinois, with an Illinois Detective Agency License of #117–001199. I was contracted to serve process in the above captioned matter. I further acknowledge that I am authorized to effectuate service of process in the State and County first stated above.

On _10/8/07_ at _3:08 PM_, I served the within **Summons in a Civil Action, Complaint with Exhibits, Rule 7.1 Disclosure Statement and Individual Practices Civil Cases Gerard E. Lynch United States District Judge** on ABC Virtual Communications at _1501 50th Street_, _West Des Moines, IA 50266_ in the manner indicated below:

☐ **INDIVIDUAL SERVICE:** By personally delivering to and leaving same with said individual and that deponent knew such individual to be the Defendant/Respondent named herein.

  ☐ Actual Place of Residence    ☐ Actual Place of Business within the State

☒ **CORPORATION OR PARTNERSHIP:** By delivering a true and correct copy of each to _Brenda O'Keefe_ personally. Deponent knew said corporation/partnership so served to be the corporation/partnership described in said aforementioned document as said defendant and knew said individual to be agent/employee thereof. - _Accountant, Authorized to accept service_

☐ **ABODE SERVICE:** By personally delivering and leaving same with _____, an occupant of the premises and a person of the family of the age of 13 year or older and informing this person of the contents thereof. I further mailed a true and correct copy of each in a sealed envelope with postage prepaid addressed to the defendant at the address listed above on _____, 2007 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service.

The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

Description of person served: Sex: _F_ Age: _40-50_ Race: _W_ Hair: _Brn_ Height: _5-7_ Weight: _155_

X _(signature)_

_ERIC MCCORMICK_ (print name)
Elite Process Serving & Investigations, Inc.
P.O. Box 4886
Naperville, IL 60567
(630) 299-4600

Subscribed and sworn to before me on this _8_ day of _October_, 20_07_

_Carye McCormick_
NOTARY PUBLIC

CARYE MCCORMICK
Commission Number 708060
My Commission Expires
January 30, 2010