UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CORBIS CORPORATION | ) | |
| Plaintiff, | ) | 07 CIV 8548 |
| -vs- | ) | |
| ABC VIRTUAL COMMUNICATIONS, INC. | ) | NOTICE OF APPEARANCE |
| Defendant. | ) | |

Don Nguyen enters his appearance in this case for the Defendant, ABC Virtual Communications, Inc.

Plaintiff's attorney is authorized to file this Notice of Appearance on Defendant's behalf.

By _____
Don Nguyen
Regency 1 Building
1501 50th Street, Suite 200
West Des Moines, IA 50266
Telephone: (515) 309-6043
Fax: (515) 327-8861
Email: dnguyen@abcv.com

**ATTORNEY FOR DEFENDANT**

- 1 -