

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

CORBIS CORPORATION,
a Nevada corporation

                Plaintiff,

-against-

ABC VIRTUAL COMMUNICATIONS,
an Iowa corporation,

                Defendant.

-------------------------------------------------- X

Case No. 1:07-cv-08548-GEL
(Judge Lynch)

[~~PROPOSED~~] CONSENT JUDGMENT
AND PERMANENT INJUNCTION

    WHEREAS Plaintiff Corbis Corporation (sometimes referred to as "Plaintiff" or "Corbis") is a Nevada corporation and is in the business of licensing photographs and fine art images on behalf of itself and the photographers and other licensors it represents, which photographs and images are subject to copyright protection under the laws of the United States;

    WHEREAS Defendant ABC Virtual Communications is an Iowa corporation in the business of providing mortgage, banking and technology solutions services and operates a website at www.abcv.com;

    WHEREAS Corbis filed a Complaint against Defendant ABC Virtual Communications asserting claims for copyright infringement under 17 U.S.C. § 101, *et seq.*, and violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202(b), arising from Defendant's copying and display of certain copyrighted images owned by Corbis on Defendant's website (the "Action");

WHEREAS Corbis and Defendant ABC Virtual Communications having now entered into a settlement and agreed to entry of this Consent Judgment and Permanent Injunction in the Action as to them in compromise of their respective claims and defenses in the Action, and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT

1. Judgment is ENTERED in favor of Plaintiff Corbis and against Defendant ABC Virtual Communications on Plaintiff's claim of copyright infringement.

2. Judgment is ENTERED in favor of Plaintiff Corbis and against Defendant ABC Virtual Communications on Plaintiff's claim of violation of the Digital Millennium Copyright Act.

3. Defendant ABC Virtual Communications, its agents, employees and all persons in active concert with it are hereby PERMANENTLY ENJOINED from copying, publishing, reproducing, disseminating or using in any manner the images that are the subject of this Action (although nothing herein shall prevent Defendant from copying, publishing, reproducing, disseminating or otherwise using such images if Defendant has received proper authorization and license from Plaintiff to do so).

4. This Court shall retain jurisdiction over this Action and the parties to this Consent Judgment to the extent necessary to enforce this permanent injunction.

DATED: January 10, 2008                    IT IS SO ADJUDGED.

                                           _____
                                           HON. GERARD E. LYNCH
                                           UNITED STATES DISTRICT JUDGE

IT IS AGREED that this Consent Judgment and Permanent Injunction may be entered as a final determination between Plaintiff and Defendant in this Action.

Dated: January 8, 2008

ARENT FOX LLP

By: _____
Nicholas P. Pavlidis
JEFFREY D. VANACORE (JV-ZLU)
Attorneys for Plaintiff
CORBIS CORPORATION

Dated: January 7, 2008

_____
_____

By: _____
DN NGUYEN

Attorneys for Defendant
ABC VIRTUAL COMMUNICATIONS